**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1120**

_____

In re: HENRY EARL MILLER, a/k/a Stef, a/k/a Stefan,

Petitioner.

_____

On Petition for Writ of Mandamus. (6:04-cr-00022-JMC-3)

_____

Submitted: February 15, 2022                                     Decided: March 7, 2022

_____

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Henry Earl Miller, Petitioner Pro Se.  Brandon Batson Hinton, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Earl Miller petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his writ of error coram nobis. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*